[No. 53352-5-I. Division One. January 3, 2005.]

THE STATE OF WASHINGTON, *Respondent* v. CALVIN W. CARTWRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10351-7, James D. Cayce, J., entered November 7, 2003. *Affirmed* by unpublished opinion per Ellington, A.C.J., concurred in by Baker and Becker, JJ.

[No. 53372-0-I. Division One. January 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WYATT MCKENZIE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-02507-7, David F. Hulbert, J., entered November 7, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53379-7-I. Division One. January 3, 2005.]

DALLAS D. SWANK, ET AL., *Respondents*, v. SNOHOMISH COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-2-00453-2, James H. Allendoerfer, J., entered November 19, 2003. *Reversed* by unpublished opinion per Coleman, J., concurred in by Ellington, A.C.J., and Schindler, J.

[No. 53519-6-I. Division One. January 3, 2005.]

COUSINS REALTY, *Appellant*, v. THE CITY OF NEWCASTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-36143-7, James A. Doerty, J., entered November 12, 2003. *Affirmed* by unpublished opinion per Ellington, A.C.J., concurred in by Coleman and Schindler, JJ.